# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Gail Keegan,** | ) | **CASE NO.: 1:19-CV-02386** |
| Plaintiff, | ) ) | **Judge James S. Gwin** |
| v. | ) ) | **JOINT STIPULATION OF DISMISSAL** |
| **Lake-Geauga Recovery Centers, Inc., et al.,** | ) ) ) | |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Gail Keegan and Defendants Lake-Geauga Recovery Centers, Inc., Melanie Blasko, and John Does 1-10 that the case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own costs.

The Court may enter an Order accordingly.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew B. Abens | /s/ Todd C. Hicks |
| Matthew B. Abens (0075308) | Todd C. Hicks (#0063255) |
| David L. Harvey III (0080918) | Thrasher, Dinsmore & Dolan, LPA |
| Jason Hartzell (0092458) | 100 7th Avenue, Suite 150 |
| Harvey, Abens, Iosue Co., LPA | Chardon, OH 44024 |
| 3404 Lorain Avenue | Cleveland, Ohio 44113-1230 |
| Cleveland, OH 44113 | Tel: (440) 285-2242 |
| Telephone: 216-651-0256 | THicks@tddlaw.com |
| mbabens@harvlaw.com | |
| dvdharv@harvlaw.com | *Attorney for Defendants* |
| jhartzell@harvlaw.com | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2020, a copy of the foregoing was served electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Matthew B. Abens
One of the attorneys for Plaintiff